UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**PHILLIP REMEL and BARBARA REMEL**                          **PLAINTIFFS**

**V.**                                  **CIVIL ACTION NO.1:07CV126 LTS-RHW**

**STATE FARM FIRE AND CASUALTY COMPANY**
**and UNKNOWN DEFENDANTS**                                 **DEFENDANTS**

### ORDER GRANTING IN PART AND DENYING IN PART
### STATE FARM'S MOTION [112] FOR PARTIAL SUMMARY JUDGMENT

In accordance with the Memorandum Opinions I have this day signed, it is

**ORDERED**

That State Farm Fire and Casualty Company's motion [112] for partial summary judgment is **GRANTED** as to the plaintiffs' claims of pre-storm misconduct by State Farm as set out in Counts 3, 7, 8, 9, 12, and 15 of the Complaint.

That State Farm Fire and Casualty Company's motion [112] for partial summary judgment is **GRANTED IN PART** and **DENIED IN PART** as to Count 1 of the Complaint. The motion is **GRANTED** as to the plaintiffs' claims based on State Farm's pre-storm conduct and **DENIED** as to the plaintiffs' claims based on State Farm's post-storm conduct.

That the State Farm Fire and Casualty Company's motion [112] for partial summary judgment is **DENIED** as to the plaintiffs' claims of post-storm misconduct by State Farm as set out in Counts 5, 6, 16, and 17.

**SO ORDERED** this 25th day of February, 2009.

                                      s/ L. T. Senter, Jr.
                                      L. T. SENTER, JR.
                                      SENIOR JUDGE